■ GEORGE J. MILLETT et al., Appellants, v. ALAN H. KEMPNER et al., Defendants, and PYROFAX GAS CORP., Respondent.— Order of the Supreme Court, Westchester County, entered September 16, 1974, affirmed insofar as it denied plaintiffs' motion, except as to Item No. 4 of respondent's notice to produce for discovery, without costs. No opinion. Gulotta, P. J., Hopkins, Cohalan, Christ and Munder, JJ., concur.